TAMMY CARPENTER, PETITIONER v. N.C. DEPT. OF HUMAN RESOURCES, RESPONDENT

No. 343PA92

(Filed 8 April 1993)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a decision of the Court of Appeals, 107 N.C. App. 278, 419 S.E.2d 582 (1992), affirming an order entered by Stanback, J., on 19 January 1991, in Superior Court, Guilford County. Heard in the Supreme Court 18 March 1993.

*Central Carolina Legal Services, Inc., by Stanley B. Sprague, for petitioner-appellee.*

*Michael F. Easley, Attorney General, by Marilyn A. Bair, Assistant Attorney General, for respondent-appellant Department of Human Resources.*

*Margaret Person Currin, United States Attorney, by R.A. Renfer, Jr., Chief, Civil Division (Raleigh, N.C.), on behalf of the United States Department of Agriculture, and Marcia K. Sowles, Attorney, Civil Division (Washington, D.C.), on behalf of the United States Department of Justice, amici curiae.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.